# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CAROL SIERZEGA,

        Plaintiff(s),

vs.

COUNTRY PREFERRED
INSURANCE COMPANY, et al.,

        Defendant(s).

Case No. 2:13-cv-01267-JCM-NJK

ORDER DENYING PROPOSED
DISCOVERY PLAN (Docket No. 12)

    Pending before the Court is the Proposed Discovery Plan and Scheduling Order, Docket No. 12, which is hereby **DENIED**. The presumptive discovery period is 180 days from the date the first defendant answers or appears. Local Rule 26-1(e)(1). The proposed plan seeks additional time by requesting a discovery period of 270 days from the filing of the proposed discovery plan. The parties request this additional time by asserting that the case involves complex issues and there will be out-of-state depositions. This is not sufficient explanation for the extended period sought. Accordingly, the proposed discovery plan is denied. The parties shall submit, no later than August 19, 2013, a new proposed discovery plan with a more complete explanation why additional time is sought.

    The Court further notes that the proposed discovery plan misstates Local Rule 26-4 with respect to the timing requirements for requesting extensions. The resubmitted discovery plan shall be revised to correctly articulate Local Rule 26-4.

    IT IS SO ORDERED.

    DATED: August 14, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge