UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CAROL SIERZEGA, | ) |
| Plaintiff(s), | ) Case No. 2:13-cv-01267-JCM-NJK |
| vs. | ) ORDER DENYING SECOND |
| COUNTRY PREFERRED | ) PROPOSED DISCOVERY PLAN |
| INSURANCE COMPANY, et al., | ) (Docket No. 15) |
| Defendant(s). | ) |

Pending before the Court is the Second Proposed Discovery Plan and Scheduling Order, Docket No. 15, which is hereby **DENIED**. The Court denied the first discovery plan submitted because, *inter alia*, it misstated Local Rule 26-4 with respect to the timing requirements for requesting extensions. *See* Docket No. 13. The resubmitted discovery plan continues to misstate Local Rule 26-4, by indicating that requests to extend deadlines must be filed 21 days <u>before the discovery cut-off</u>. *See* Docket No. 15 at 3. But Local Rule 26-4 requires requests for extensions to be filed no later than 21 days before the expiration of the <u>subject deadline</u> sought to be extended. For example, any request to extend the deadline for initial expert disclosures must be filed at least 21 days before the expiration of <u>that deadline</u>. Such a request filed only 21 days before the discovery cut-off would be untimely. Accordingly, the pending discovery plan is **DENIED** and the parties shall submit a revised discovery plan that correctly states Local Rule 26-4 no later than August 23, 2013.

1  The Court further notes that the amended discovery plan was due no later than August 19,
2  2013. *See* Docket No. 13. The parties failed to comply with that Court order. Instead, they indicate
3  that they were unable to meet that deadline due to "scheduling conflicts." Docket No. 15 at 1.
4  Where parties are unable to meet court-ordered deadlines, the proper course of conduct is to request
5  an extension *prior* to the court-ordered deadline. *See, e.g.*, Local Rule 6-1(b). The Court fails to
6  discern any reason why the parties were unable to request an extension prior to deadline set by the
7  Court, which ordinarily is cause for denying a late-filed request for an extension. *See, e.g.*, *id.*
8  (requiring a showing of excusable neglect for requests for extensions filed after deadline passes). In
9  the future, the Court expects the parties to strictly comply with the Local Rules.
10  IT IS SO ORDERED.
11  DATED: August 21, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge

2